UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE LAW OFFICE OF PHILIPPE J. GERSCHEL,<br><br>Plaintiff,<br><br>-v-<br><br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>Defendant. | CIVIL ACTION NO. 26 Civ. 1641 (MMG) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

This case was referred to the undersigned for general pretrial supervision.  (Dkt. No. 5).

Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), the deadline for Defendant to respond

to the Complaint was April 27, 2026.  (Dkt. No. 6).  To date, Defendant has not responded to the

Complaint.  As a one-time courtesy, the Court sua sponte EXTENDS the deadline for Defendant

to respond to the Complaint to **Wednesday, May 6, 2026**.

Defendant is warned that failure to answer, move, or otherwise respond to the Complaint

by **May 6, 2026**, may result in the Court permitting Plaintiff to initiate default proceedings.

Dated:  New York, New York
          April 29, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**