UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE LAW OFFICE OF PHILIPPE J. GERSCHEL,

Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendants.

CIVIL ACTION NO.: 26 Civ. 1641 (MMG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for general pretrial supervision. (Dkt. No. 5). Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), the initial deadline for Defendant New York City Department of Education ("Defendant") to respond to the complaint (Dkt. No. 1 (the "Complaint")), was April 27, 2026. (Dkt. No. 6). Defendant failed to respond to the Complaint, and the Court sua sponte extended Defendant's deadline to May 6, 2026. (Dkt. No. 8). On May 4, 2026, Defendant requested, and the Court granted, a further extension to August 4, 2026 to file their response. (Dkt. Nos. 9–10). To date, Defendant has not responded to the Complaint.

As a final courtesy, the Court sua sponte **EXTENDS** the deadline for Defendant to respond to the Complaint up to and including **August 12, 2026**.

Defendant is warned that failure to answer, move, or otherwise respond to the Complaint by **August 12, 2026**, may result in the Court permitting Plaintiff to initiate default proceedings.

Dated: New York, New York
August 5, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**