UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE LAW OFFICE OF PHILIPPE J. GERSCHEL,

Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendant.

CIVIL ACTION NO.: 26 Civ. 1641 (MMG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 17, the parties were required to a file a joint status letter (the "Joint Letter") advising the Court of the status of settlement by October 2, 2026. (Dkt. No. 17). To date, the parties have not filed the Joint Letter. As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for the parties to file the Joint Letter up to and including **October 7, 2026**.

Dated: New York, New York
October 5, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**